**People of the State of Illinois, Plaintiff-Appellee, v. Odell Taylor, Defendant-Appellant.**

Gen. No. 51,327.

First District, Second Division.

February 27, 1967.

Richard H. Lucy, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.